```
                                            FILED
                                    CLERK, U.S. DISTRICT COURT

                                         DEC 29 2009

                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. CR 08-0695-ODW |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER OF DETENTION** |
| PETER HARMON, | ) [Fed. R. Crim. P. 32.1(a)(6); |
| | ) 18 U.S.C. § 3143(a)] |
| Defendant. | ) |

The defendant, having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his probation/supervised release; and

The court, having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), finds that:

A.   (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on (1) his lack of sufficient bail resources; and (2) the instant allegations which indicate that he is not amenable to supervision.

and/or

B.   ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the

1 | community if released under 18 U.S.C. § 3142(b) or (c). This finding is based
2 | on:_____
3 | _____
4 |     IT THEREFORE IS ORDERED, without prejudice, that the defendant be detained pending
5 | further revocation proceedings.
6 |
7 | Dated: _____Dec. 29_____, 2009.
8 |                                                 Fernando M. Olguin
9 |                                                United States Magistrate Judge